IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HUGO SNYDER-AGUIRRE,

    Defendant-Movant,

vs.                                       CIVIL NO. 09-96 BB/DJS
                                              CRIM NO. 05-1612 BB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS OF FACT AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 17], filed September 17, 2009, which recommends denial of Defendant-Movant Hugo Snyder-Aguirre's 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence [Doc. 1]. No objections have been filed and the time for filing objections has expired. The Court has made a *de novo* determination and agrees with the Magistrate Judge's proposed findings and recommended disposition that Snyder-Aguirre's § 2255 petition be denied, and that this case be dismissed with prejudice.

    IT IS HEREBY ORDERED that the findings and recommended disposition of the United States Magistrate Judge are adopted by the Court

    IT IS FURTHER ORDERED that Snyder-Aguirre's § 2255 motion is denied and that the action be, and hereby is, dismissed with prejudice.

                                                                     */s/ Bruce D. Black*
                                                               **BRUCE D. BLACK**
                                                               **United States District Judge**